1072

No. 91–667. GULF COAST HELICOPTERS, INC., ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–697. DIAL INFORMATION SERVICES CORPORATION OF NEW YORK ET AL. v. BARR, ATTORNEY GENERAL OF THE UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–698. BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES' RETIREMENT FUND OF INDIANA v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–721. DAVIS v. RICE, SECRETARY OF THE AIR FORCE. C. A. 10th Cir. Certiorari denied.

No. 91–726. LUNAAS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–750. KRABBENHOFT ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 91–751. ALLIBHAI ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–769. FAMBRO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–838. CHRISTIAN v. BUSEY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–840. COLLINS v. BAPTIST MEMORIALS GERIATRIC CENTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–854. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. SUPERIOR COURT OF CALIFORNIA, KINGS COUNTY (HAMILTON, REAL PARTY IN INTEREST). Ct. App. Cal., 5th App. Dist. Certiorari denied.